IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE MURDAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:21-cv-03234-TWT |
| THE TJX COMPANIES d/b/a ) | |
| T.J. MAXX AUGUSTA, GA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Nicole Murdaugh, by and through her undersigned counsel of record, and hereby dismisses with prejudice the above-styled lawsuit against The TJX Companies d/b/a T.J. Maxx Augusta, GA Defendant in the above-styled action.

The Clerk of Court is hereby directed to mark said case "Dismissed with Prejudice" upon the docket of this Court.

Respectfully submitted this 15th day of July, 2022.

[signature on following page]

**EDWARDS & HAWKINS, LLC**

*/s/ Cameron Hawkins*
CAMERON D. HAWKINS, ESQ.
Georgia Bar No. 250504
*Counsel for Plaintiff*

50 Hurt Plaza, S.E., Suite 910
Atlanta, Georgia 30303-2940
T: (404) 526-8866
F: (404) 526-8855
E:  chawkins@ehlaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE MURDAUGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TJX COMPANIES d/b/a ) <br> T.J. MAXX AUGUSTA, GA, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION FILE <br> NO. 1:21-cv-03234-TWT |

## **FONT CERTIFICATION**

Undersigned counsel certify that the foregoing document has been prepared with the appropriate margins and one of the fonts and point selections (Times New Roman, 14 point) approved by the Court in local rules 5.1(c) and 7.1(d).

EDWARDS & HAWKINS, LLC

*/s/ Cameron Hawkins*
CAMERON D. HAWKINS, ESQ.
Georgia Bar No. 250504
*Counsel for Plaintiff*

50 Hurt Plaza, S.E., Suite 910
Atlanta, Georgia 30303-2940
T: (404) 526-8866
F: (404) 526-8855
E:  chawkins@ehlaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICOLE MURDAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:21-cv-03234-THE |
| THE TJX COMPANIES d/b/a | ) |
| T.J. MAXX AUGUSTA, GA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I served a copy of the foregoing **DISMISSAL WITH PREJUDICE** by electronically filing the foregoing with the Clerk by using the CM/ECF system, and that service to the following individuals will be accomplished by the same:

Robert A. Luskin, Esq.
Chartwell Law
5051 Peachtree Corners Cir
Unit 200
Norcross, GA 30092
rluskin@chartwelllaw.com

[signature on following page]

                                EDWARDS & HAWKINS, LLC

                                */s/ Cameron Hawkins*
                                CAMERON D. HAWKINS, ESQ.
                                Georgia Bar No. 250504
                                *Counsel for Plaintiff*

50 Hurt Plaza, S.E., Suite 910
Atlanta, Georgia 30303-2940
T: (404) 526-8866
F: (404) 526-8855
E:  chawkins@ehlaw.net

5